UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LOUIS ELAIS LANGLINAIS, III**                CIVIL ACTION

**VERSUS**                                      NUMBER: 13-2526

**NELSON COLEMAN CORRECTIONAL**                 SECTION: "B"(5)
**CENTER, ET AL.**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute pursuant to Local 41.3.1 and Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE